

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: | § | No. 08-25-00098-CV |
|  | § |  |
| KA C. WONG, M.D., | § | AN ORIGINAL PROCEEDING |
|  | § |  |
| Relator. | § | IN MANDAMUS |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Patrick M. Garcia of the 384th of District Court of El Paso County, Texas and concludes that Relator's petition for writ of mandamus should be conditionally granted. We therefore direct the trial court to vacate its new-trial order and proceed in the normal course with the post-trial stages of litigation, in accordance with the opinion of this Court. The writ of mandamus will issue should the trial court fail to comply.

IT IS SO ORDERED this 22nd day of July 2025.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.